UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION FOR ) <br> A SEARCH WARRANT FOR THE PREMISES ) <br> KNOWN AND DESCRIBED AS THE RECORDS ) <br> OF ELECTRONIC MAIL ADDRESS ) <br> "SAGORE4@AOL.COM" PRODUCED BY ) <br> AOL, INC., ON DECEMBER 17, 2014 ) <br> _____ ) | Magistrate No.: 1:15-mj-0036 |

**UNSEALING ORDER**

Upon consideration of the motion to unseal the above-captioned Search Warrant, it is this  25th  day of March, 2021,

ORDERED, that the Government's Motion is hereby GRANTED and the application and affidavit in support of the above-captioned Search Warrant and all attachments thereto, the Search Warrant, and all other related materials in the above-captioned matter be UNSEALED.

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE